KARPPINEN v. TAMARACK MINING CO.[1]

MASTER AND SERVANT — INJURIES TO SERVANT — MINES — SAFE PLACE TO WORK.

This case, involving the liability of the owner of a mine for injuries to a trammer caused by a fall of rock from the hanging wall of the mine, is ruled by *Petaja* v. *Mining Co.*, 106 Mich. 463, involving similar facts.

Error to Houghton; Streeter, J. Submitted October 14, 1908. (Docket No. 71.) Decided November 2, 1908.

Case by Henry Karppinen against the Tamarack Mining Company for personal injuries. There was judgment for defendant on a verdict directed by the court, and plaintiff brings error. Affirmed.

*P. H. O'Brien*, for appellant.

*Ball & Stone*, for appellee.

---

[1] Rehearing pending.

Hooker, J.   The plaintiff has appealed from an adverse verdict directed by the trial judge.   The plaintiff was injured by the fall of rock from the hanging wall of defendant's mine after working therein as a trammer for thirty days.   At the time of the injury he was loading rock which had been broken down, shoveling it upon the tram car, which stood at the end of the track in close proximity.   The case is substantially like that of *Petaja* v. *Mining Co.*, 106 Mich. 463, and is clearly within the rule there stated, and does not require a lengthy discussion.

The judgment is affirmed.

Grant, C. J., and Blair, Moore, and McAlvay, JJ., concurred.